477 S.E.2d 470

**Darren D. GARVIN, Petitioner,**

v.

**STATE of South Carolina, Respondent.**

**No. 24501.**

Supreme Court of South Carolina.

Submitted Sept. 19, 1996.

Decided Oct. 7, 1996.

---

3. Para. 5 of Rule 413, SCACR.

Senior Assistant Appellate Defender Wanda H. Haile, South Carolina Office of Appellate Defense, Columbia, for petitioner.

Attorney General Charles Molony Condon, Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Teresa Nesbitt Cosby, and Assistant Attorney General Teresa A. Knox, Columbia, for respondent.

## ON WRIT OF CERTIORARI

PER CURIAM:

We granted a writ of certiorari to review the denial of Petitioner's application for post-conviction relief. We dismiss the writ as improvidently granted.

FINNEY, C.J., not participating.